AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

LANCE REBERGER,

    Petitioner,   **JUDGMENT IN A CIVIL CASE**

V.

    CASE NUMBER: **3:09-CV-00296-ECR-RAM**

STATE OF NEVADA, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.


  June 5, 2009                                                              **LANCE S. WILSON**
                                                                                  Clerk

                                                                                  /s/ D. R. Morgan
                                                                                  Deputy Clerk